UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| WILLIAM CHARLES FREDERICK (#2002070140) VERSUS ST. MARY PARISH LAW ENFORCEMENT CENTER, ET AL. | CIVIL ACTION NO. 17-298-JJB-EWD |

## RULING

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Erin Wilder-Doomes dated June 8, 2017 (doc. no. 2) to which no objection has been filed.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, this matter is transferred to the Western District of Louisiana for further proceedings. Further, a determination regarding Plaintiff's right to proceed as a pauper is deferred to the transferee court for resolution and disposition.

Signed in Baton Rouge, Louisiana, on June 27, 2017.

**JUDGE JAMES J. BRADY**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**